No. 300, Misc. FERMIN v. UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

*Rehearing Denied.*

No. 247, October Term, 1967. PUYALLUP TRIBE v. DEPARTMENT OF GAME OF WASHINGTON ET AL., 391 U. S. 392;

No. 405, October Term, 1967. POWELL v. TEXAS, 392 U. S. 514;

No. 508, October Term, 1967. LEVY, ADMINISTRATRIX v. LOUISIANA THROUGH THE CHARITY HOSPITAL OF LOUISIANA AT NEW ORLEANS BOARD OF ADMINISTRATORS ET AL., 391 U. S. 68;

No. 639, October Term, 1967. GLONA v. AMERICAN GUARANTEE & LIABILITY INSURANCE CO. ET AL., 391 U. S. 73;

No. 765, October Term, 1967. WILLS v. UNITED STATES, 392 U. S. 908;

No. 941, October Term, 1967. CARCERANO v. GLADDEN, WARDEN, 392 U. S. 631;

No. 1015, October Term, 1967. WITHERSPOON v. ILLINOIS ET AL., 391 U. S. 510;

No. 1076, October Term, 1967. PICKENS v. OLIVER, WARDEN, 392 U. S. 300;

No. 1178, October Term, 1967. FRANZEN v. TOWNSHIP OF ELK ET AL., 392 U. S. 909;

No. 1245, October Term, 1967. IN RE WHITESIDE, 391 U. S. 920;

No. 1255, October Term, 1967. JONES v. LOUISIANA, 392 U. S. 302; and

No. 501, Misc., October Term, 1967. ROBINSON v. CIVIL SERVICE COMMISSION, CITY OF CLEVELAND, 392 U. S. 944. Petitions for rehearing denied.